1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
4  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, CA 94105-1545
6       Telephone: (415) 977-8942
7       Facsimile: (415) 744-0134
   E-mail: allison.cheung@ssa.gov
8
9  Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GINA SULLIVAN,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:20-cv-01450-AC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

Stip. to Voluntary Remand & Prop. Order; 2:20-cv-01450-AC

1

|   |   |   |
|---|---|---|
| 1 | The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. | |

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 29, 2021      PENA & BROMBERG, PLC

*/s/ Jonathan O. Peña\**
(*as authorized via email on April 28, 2021)
JONATHAN O. PENA, ESQ.
Attorney for Plaintiff

Dated: April 29, 2021      PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant U.S. Attorney
Attorneys for Defendant

Stip. to Voluntary Remand & Prop. Order; 2:20-cv-01450-AC

2

## ORDER

Pursuant to the above Stipulation, and for good cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

Dated: May 4, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Voluntary Remand & Prop. Order; 2:20-cv-01450-AC

3